# Court of Appeals
# of the State of Georgia

ATLANTA,  February 07, 2024

*The Court of Appeals hereby passes the following order:*

### A24D0218. BROOKE DONAHUE v. AMICA MUTUAL INSURANCE COMPANY.

Plaintiff Brooke Donahue has filed a timely application for discretionary review of the trial court's order granting summary judgment to uninsured motorist carrier Amica Mutual Insurance Company in this civil action. No discretionary application is required, however, as the grant of summary judgment on any issue or as to any party may be appealed directly under OCGA § 9-11-56 (h), and this action does not appear to fall within one of the categories of cases for which a discretionary application is required to seek appellate review under OCGA § 5-6-35 (a).

Under OCGA § 5-6-35 (j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED. Donahue shall have ten days from the date of this order to file a notice of appeal in the trial court. See OCGA § 5-6-35 (g). If Donahue already has filed a notice of appeal in the trial court, then she need not file a second

notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   02/07/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                    *, Clerk.*